# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LISA SANDOVAL,<br><br>            Plaintiff,<br><br>vs.<br><br>INTRICON CORPORATION, NICHOLAS A. GIORDANO, MARK GORDER, RAYMOND HUGGENBERGER, SCOTT LONGVAL, KETHLEEN PEPSKI, HEATHER RIDER, and PHILLIP L. SMITH,<br><br>            Defendants. | Case No.: 2:22-cv-01512-JS<br><br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

Notice is hereby given that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Lisa Sandoval ("Plaintiff") voluntarily dismisses this action without prejudice. This notice of dismissal is being filed before service by Defendants of either an answer or a motion for summary judgment. Plaintiff's dismissal of this Action is effective upon filing of this notice.

Dated: June 27, 2022    **BRODSKY & SMITH**

By: */s/ Marc L. Ackerman*
Marc L. Ackerman
Two Bala Plaza, Suite 805
Bala Cynwyd, PA 19004
Tel: (610) 667-6200
Fax: (610) 667-9029
mackerman@brodskysmith.com

*Attorney for Plaintiff*